**DISMISS and Opinion Filed September 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-20-00430-CV
_____

## ROBERT H. HOLMES, SR., Appellant
## V.
## GRAHAM MORTGAGE CORPORATION, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05579**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Reichek

Before the Court is appellant's unopposed motion to dismiss the appeal.

Appellant informs the Court that the parties have settled their differences.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200430F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

ROBERT H. HOLMES, SR., Appellant

No. 05-20-00430-CV    V.

GRAHAM MORTGAGE CORPORATION, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-10-05579. Opinion delivered by Justice Reichek. Justices Whitehill and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered September 3, 2020